1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         CENTRAL DISTRICT OF CALIFORNIA

9

10    NORMAN DOUGLAS DIAMOND,          )        NO.  CV 13-8042-GHK (AGR)

11                  Plaintiff,          )
                                        )        JUDGMENT
12        v.                            )
                                        )
13    UNITED STATES OF AMERICA,         )
                                        )
14               Defendant.             )
                                        )
15    _____)

16        Pursuant to the Order Accepting Findings and Recommendation of United

17    States Magistrate Judge,

18        IT IS ADJUDGED that this action is dismissed.

19

20    DATED:   1/5/15          _      _____
                                              GEORGE H. KING
21                                       United States District Judge

22

23

24

25

26

27

28